Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
v.
Alex L. Germano
USMS# _____
DEFENDANT

CASE NUMBER: 8:25-CR-00206 JWH

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 10/21/25 at 6:00 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 USC 2252A(a)(2)(A),(b)(1) - Distribution of Child Pornography

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: ____

7. Year of Birth: 1990

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: OC Public Defender Dan Maher   Phone Number: ____

9. Name of Pretrial Services Officer notified: Sent via email - pv request / Duty.

10. Remarks (if any): ____

11. Name: Mark Burnett (please print)

12. Office Phone Number: 310-570-6392      13. Agency: FBI

14. Signature: _[signature]_              15. Date: 10/21/25

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION