CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
(E-mail: Cuauhtemoc_Ortega@fd.org)
TERRA CASTILLO LAUGHTON (Bar No. 321683)
(E-Mail: terra_laughton@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
Alex Coleman Germano

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Alex Coleman Germano <br><br> Defendant. | Case No. 8:25-cr-00206-JWH <br><br> **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS** |

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____     _____
(Defendant's Signature)                   Attorney's Name/Signature

Date/Time  10/21/25                                              a.m./p.m.

Interpreter: _____

If defendant is not English speaker, include the following:

I, the above-named defendant, hereby assert my Fifth and Sixth Amendment