FILED
CLERK, U.S. DISTRICT COURT

**OCT 2 1 2025**

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | CASE NUMBER: |
|---|---|---|

UNITED STATES OF AMERICA

V.

Plaintiff(s)

**8:25-cr-00206-JWH**

ALEX COLEMAN GERMANO

Defendant(s).

**WARRANT FOR ARREST**

TO:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest   ALEX COLEMAN GERMANO

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint  ☒ Indictment
☐ Information ☐ Order of Court ☐ Violation Petition ☐ Violation Notice
charging him/her with (ENTER DESCRIPTION OF OFFENSE BELOW)

18 U.S.C. § 2252A(a)(2)(A),(b)(1): Distribution of Child Pornography

in violation of Title (see above) _____ United States Code, Section(s) (see above) _____

Brian D. Karth
NAME OF ISSUING OFFICER

Clerk of Court
TITLE OF ISSUING OFFICER

SIGNATURE OF DEPUTY CLERK

Oct 8, 2025; Santa Ana, CA
DATE AND LOCATION OF ISSUANCE

By: John D. Early
NAME OF JUDICIAL OFFICER

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

10/9/25
DATE RECEIVED

10/21/25
DATE OF ARREST

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

Mark Burnett
NAME OF ARRESTING OFFICER

Special Agent
TITLE

SIGNATURE OF ARRESTING OFFICER